UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALTOHA INC., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-01497-DC-CSK<br><br>ORDER VACATING HEARING AND ORDER FOR RESPONSE |

　　　　Presently pending before the Court is Plaintiff Richard Sepulveda's motion for default judgment against Defendants Valtoha Inc. and Nardeep Sandhu, which was filed on September 17, 2024 and set for hearing on October 29, 2024. (ECF No. 11.) Under Local Rule 230(c), Defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by October 1, 2024. Although that deadline has passed, no opposition or statement of non-opposition was filed.

　　　　Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendants one additional, final opportunity to oppose the motion.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  The October 29, 2024 hearing on Plaintiff's motion for default judgment is

VACATED;

2. Any opposition or statement of non-opposition by Defendants shall be filed no later than November 12, 2024, and the reply brief from Plaintiff, if any, is due by November 19, 2024;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against each of them;

4. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and file a proof of service with the Court; and

5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated:  October 15, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, sepl1497.24