UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>  v.<br><br>VALTOHA INC., et al.,<br><br>    Defendants. | Case No. 2:24-cv-01497-DC-CSK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 18.) |

On June 24, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 18.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are ADOPTED IN FULL;
2. The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's Claim 2 for violation of California's Health and Safety Code § 19955, et seq., Claim 3 for violation of California's Disabled Person Act pursuant to Cal. Civ. Code §§ 54, 54.1, and 54.3, and

1 | Claim 4 for violation of California's Unruh Act, and these claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(4);

3. Plaintiff's motion for default judgment (ECF No. 11) is DENIED without prejudice, subject to renewal as to Plaintiff's remaining ADA claim (Claim 1); and

4. Plaintiff is GRANTED thirty (30) days to file a second motion for default judgment.

IT IS SO ORDERED.

Dated:   **August 7, 2025**

Dena Coggins
United States District Judge

2