1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD SEPULVEDA,                    Case No. 2:24-cv-01497-DC-CSK

12                  Plaintiff,             ORDER FOR RESPONSE and ORDER
                                           VACATING HEARING
13        v.

14   VALTOHA INC., et al.,

15                  Defendants.

16

17        Presently pending before the Court is Plaintiff Richard Sepulveda's motion for

18   default judgment against Defendants Valtoha, Inc., individually and dba ("doing business

19   as") Patterson Chevron, and Nardeep Sandhu, individually and dba Patterson Chevron,

20   which was filed on September 7, 2025 and which is set for hearing on October 28, 2025.

21   (ECF No. 20.) Under Local Rule 230(c), Defendants were required to file an opposition

22   or statement of non-opposition to the motion no later than fourteen (14) days after the

23   filing date of the motion, on or by September 22, 2025.[1] Although that deadline has

24   passed, no opposition or statement of non-opposition was filed.

25   / / /

26

27   _____
     [1]   Plaintiff's motion was filed on Sunday, September 7, 2025. (ECF No. 20.) The Court
28   calculates Defendants' responsive deadline from the next business day, September 8,
     2025. *See* Fed. R. Civ. P. 6.

                                         1

Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendants one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 28, 2025 hearing on Plaintiff's motion for default judgment is VACATED;

2. Any opposition or statement of non-opposition by Defendants shall be filed within fourteen (14) days from the date of this order, and the reply brief from Plaintiff, if any, is due ten (10) days thereafter;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it;

4. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and

5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated:  October 3, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, sepu1497.24

2