UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA, | Case No.  2:24-cv-01497-DC-CSK |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| VALTOHA, INC., et al., | |
| Defendants. | (ECF Nos. 20, 23) |

On March 11, 2026, the magistrate judge filed findings and recommendations (ECF No. 23), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 23).  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 23) are ADOPTED;

2.  Plaintiff's second motion for default judgment (ECF No. 20) is GRANTED;

3.  Defendants are found and declared to be in violation of Title III of the Americans with Disabilities Act;

1

4.  Plaintiff is awarded reasonable attorneys' fees in the amount of $2,415.00 for his counsel Attorney Richard Mac Bride;

5.  Plaintiff is awarded costs in the amount of $1,008.50;

6.  Defendants are ordered to make the following modifications to the business known as Patterson Chevron, located at 320 North 2nd Street, Patterson, California (the "Property"), such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act, as follows:

   a.  A properly designated disabled accessible van-accessible parking space on the shortest accessible route to the main entrance, in compliance with United States Access Board ADA Accessibility Guidelines ("ADAAG") 4.6.2 (1991) (requiring shortest route), 4.1.2(b) (1991) (one in eight, but no less than one, must be "van accessible" as per ADAAG 4.6.4); and ADA § 208, § 208.3.1; § 502 (requirement for parking space), and § 502.3 (requirement for access aisle) (2010 standards).

   b.  Provide proper signage for a disabled parking space, in compliance with ADAAG 4.6.4 (1991 standards) and ADAAG 502.6 (2010 standards), ADAAG 4.6.4 (1991 standards), and 502.6 and 703.2.1 (2010 standards) (signage and parking space designated "van accessible"); and

7.  This Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 31, 2026**

_____
Dena Coggins
United States District Judge

2